**LATHAM & WATKINS LLP**
Michael H. Rubin (Bar No. 214636)
*michael.rubin@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

Gary Feinerman (admitted *pro hac vice*)
*gary.feinerman@lw.com*
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone +1.312.876.7700

*Attorneys for Defendant MUBI, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SAMUEL EDWARDS, MICHELLE BROWN, DENNIS DEPEW, CINTHIA DAVIS MARITZA HERNANDEZ, SIOSIUA MAFOA, JOHN DOE, AALANY MCMAHAN, and DEBJANI SARKAR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MUBI, INC.,<br>Defendant. | Case No. 5:24-cv-00638-EJD<br><br>**DECLARATION OF MICHAEL H. RUBIN IN SUPPORT OF DEFENDANT MUBI, INC.'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Date: October 10, 2024<br>Time: 9:00 A.M.<br>Court: Courtroom 4, 5th Floor<br>Hon. Edward J. Davila |

I, Michael H. Rubin, hereby declare as follows:

1. I am an attorney admitted to practice law in the state of California and am a partner at Latham & Watkins LLP, counsel of record for Defendant MUBI, Inc. ("MUBI") in the above-captioned action. I submit this declaration in support of the MUBI's Motion to Dismiss First Amended Class Action Complaint. I make this declaration based on my personal knowledge.

2. Attached hereto as **Exhibit A** is a true and correct copy of the MUBI Privacy Policy, effective September 15, 2020, which is publicly available and was downloaded from https://mubi.com/en/privacy_policy.

3. Attached hereto as **Exhibit B** is a true and correct copy of a print out from MUBI's home page, which is publicly available and was downloaded from https://mubi.com/en/us.

4. Attached hereto as **Exhibit C** is a true and correct copy of MUBI's cookie banner, as it appears on all pages of MUBI's website, including its publicly available home page, until cookies are accepted or rejected, which can be viewed at https://mubi.com/en/us.

5. Attached hereto as **Exhibit D** is a true and correct copy of a print out from MUBI's "Cookie Preferences" page, which is publicly available and was downloaded from https://mubi.com/en/cookie_preferences.

6. Attached hereto as **Exhibit E** is a true and correct copy of the Hearing on S.B. No. 2248 Before the Senate Committee on Judiciary, Statement of Bill Lockyer, Chairman, Senate Committee on Judiciary, 1987-88 Regular Session (Cal. 1988), which was obtained through the Legislative | History & Intent research service, which can be contacted at www.legislativeintent.com.

7. Attached hereto as **Exhibit F** is a true and correct copy of the Senate Judiciary Committee Report on S.B. No. 2248, 1987-88 Regular Session (Cal. 1988), which was obtained through the Legislative | History & Intent research service, which can be contacted at www.legislativeintent.com.

8. Attached hereto as **Exhibit G** is a true and correct copy of the Legislative Counsel's Digest on S.B. No. 2248, as introduced February 17, 1988, 1987-88 Regular Session (Cal. 1988), which was obtained through the Legislative | History & Intent research service, which can be

contacted at www.legislativeintent.com.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of June 2024, in San Francisco, California.

*/s/ Michael H. Rubin*
Michael H. Rubin