**PEIFFER WOLF CARR
KANE CONWAY & WISE LLP**

Brandon M. Wise (*pro hac vice*)
bwise@peifferwolf.com
One US Bank Plaza, Suite 1950
St. Louis, MO 63101
Telephone: 314-833-4825

[Additional counsel listed below]

*Attorneys for Plaintiffs*

**LATHAM & WATKINS LLP**

Michael H. Rubin (Bar No. 214636)
michael.rubin@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: 415-391-0600

[Additional counsel listed below]

*Attorneys for MUBI, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL EDWARDS, MICHELLE BROWN, DENNIS DEPEW, CINTHIA DAVIS MARITZA HERNANDEZ, SIOSIUA MAFOA, JOHN DOE, AALANY MCMAHAN, and DEBJANI SARKAR, individually and on behalf of all others similarly situated, | Case No. 5:24-cv-00638-EKL |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| v. | Judge:        Hon. Eumi K. Lee |
| MUBI, INC., | |
| Defendant. | |

## [PROPOSED] ORDER

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED THAT:

1.  All of Plaintiff's claims in the above captioned matter be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. Each party shall bear its own attorney's fees, costs, and litigation expenses.

DATED: June 18, 2026

_____
Eumi K. Lee
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER OF DISMISSAL